UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                             Case No. 14–33441
                                                  Chapter 13
Felicia McCall,

    Debtor.

## NOTICE OF FINAL REQUIREMENTS NECESSARY FOR DISCHARGE

The trustee has filed a Notice of Completion of Plan Payments in the above−referenced case. For the case to be discharged, the following must be filed within 30 days of this notice or the case will be closed without discharge.

☐ **Certificate of Completion of Financial Management Course by Debtor.** In a joint case, each spouse must file a certificate. Should the debtor be entitled to a waiver of this requirement, the debtor must file a Motion for Waiver of Financial Management Course Requirement and receive an order granting the motion. The certificate(s) or order granting a waiver must be filed before filing a motion for entry of discharge.

☑ **Motion for Entry of Discharge Under § 1328(a).** The motion must substantially conform to Local Form 6a and include all certifications required pursuant to Local Rule 4004−1(a). If the debtor(s) is unable to make all required Local Rule 4004−1(a) certifications, the debtor(s) must request a hearing for the Court to determine if a discharge is applicable pursuant to 11 U.S.C. § 1328(a).

Note: A motion to reopen case will be required for the debtor to receive a discharge after the case has been closed.

Dated February 15, 2018

*Juan−Carl Guerrero*

Juan−Carlos Guerrero
Clerk of Court